1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TINA HAWKINS,

11         Plaintiff,                    No. CIV S-12-0161 KJM-KJN

12      vs.

13   BATH & BODY WORKS, LLC,             ORDER

14         Defendant.

15   _____/

16         A status (pretrial scheduling) conference for this case occurred on May 31, 2012.

17   Counsel neither appeared on behalf of defendant nor was such appearance excused by the court.

18   Accordingly, defense counsel Andrew Christian Smith, Liana Rose Hollingsworth, and Mark S.

19   Spring are hereby ordered to show cause, within seven (7) days, why they should not each be

20   sanctioned $250.00 for their failure to appear.

21         IT IS SO ORDERED.

22   DATED:  May 31, 2012.

23   
                                    _____
24                                    UNITED STATES DISTRICT JUDGE

25

26

                                    1