IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TINA HAWKINS,

    Plaintiff,                                   No. CIV S-12-0161 KJM-KJN

    vs.

BATH & BODY WORKS, LLC,           <u>ORDER</u>

    Defendant.

        A status (pretrial scheduling) conference for this case occurred on May 31, 2012. Counsel neither appeared on behalf of defendant nor was such appearance excused by the court. Accordingly, defense counsel Andrew Christian Smith, Liana Rose Hollingsworth, and Mark S. Spring are hereby ordered to show cause, within seven (7) days, why they should not each be sanctioned $250.00 for their failure to appear.

        IT IS SO ORDERED.

DATED: May 31, 2012.

                                                UNITED STATES DISTRICT JUDGE